# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAUL QUEZADAS, et al.,<br>Plaintiffs,<br>v.<br>HOBART LLC, et al.,<br>Defendants. | Case No. 1:26-cv-08847-JLT-SAB<br><br>ORDER GRANTING ELIZABETH B. WRIGHT'S *PRO HAC VICE* APPLICATION<br><br>(ECF No. 7) |

Before the Court is the application of Elizabeth B. Wright's, attorney for ITW Food Equipment Group LLC, Hobart LLC, and Illinois Tool Works Inc., for admission to practice *pro hac vice*. L.R. 180(b)(2). Following review, the application for admission to practice *pro hac vice* is HEREBY GRANTED. The *pro hac vice* attorney is DIRECTED to request filing access through PACER.

IT IS SO ORDERED.

Dated: **November 2, 2026**

STANLEY A. BOONE
United States Magistrate Judge